IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:18-CR-71 (MTT) |
| | ) |
| IDRIS SHAMSID-DEEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, by and through his counsel, has moved to continue this case indefinitely until all appellate proceedings are concluded.  Doc. 102.  Defendant was indicted on December 11, 2018, and had his arraignment in this Court on January 9, 2019.  Docs. 1; 10.  Eight prior continuances have been granted.  Docs. 18; 21; 25; 40; 60; 65; 74; 99.  On April 13, 2020, the Court granted the defendant's Motion in Limine to Exclude Evidence of the Charged Predicate Misdemeanor Crime of Domestic Violence ("MCDV") Conviction.  Doc. 77.  The government filed a Notice of Appeal on May 12, 2020.  Doc. 79.  Although the Eleventh Circuit has issued an opinion, a mandate has not been issued.  Docs. 100; 102 ¶ 2.

The defendant, by and through his counsel, now moves the Court to continue this case indefinitely until the appellate proceedings are concluded.  Doc. 102 ¶ 4.  The parties are in agreement that "while this case is properly pending in the Eleventh Circuit Court of Appeals, the District Court does not have jurisdiction over the prosecution, nor does the Speedy Trial Act Apply."  *Id.*

Accordingly, the motion (Doc. 102) is **GRANTED**.  The case is **STAYED** pending the conclusion of appellate proceedings and **INDEFINITELY CONTINUED** from the July term.

**SO ORDERED**, this 21st day of June, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT