IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:18-CR-71 (MTT) |
| | ) |
| IDRIS SHAMSID-DEEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The parties have moved to continue this case to the next trial term.  Doc. 105.  Defendant was indicted on December 11, 2018, and had his arraignment in this Court on January 9, 2019.  Docs. 1; 10.  Nine prior continuances have been granted.  Docs. 18; 21; 25; 40; 60; 65; 74; 99; 103.  On April 13, 2020, the Court granted the defendant's Motion in Limine to Exclude Evidence of the Charged Predicate Misdemeanor Crime of Domestic Violence ("MCDV") Conviction.  Doc. 77.  The government filed a Notice of Appeal on May 12, 2020.  Doc. 79.  The Eleventh Circuit issued an opinion reversing and remanding the case on March 6, 2023, but because a mandate had yet to be issued, the district court stayed and indefinitely continued the case pending the conclusion of appellate proceedings.  Docs. 100; 103.  On July 18, 2023, the Eleventh Circuit issued a mandate reversing and remanding the district court.  Doc. 104.  With a mandate issued, the stay in this case is **LIFTED** as of July 18, 2023.  The parties now move the Court to continue this case until the next trial term to give additional time to review discovery, prepare for trial, or negotiate a potential resolution of the case.  Doc. 105 ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant

to a speedy trial.  Accordingly, the motion (Doc. 105) is **GRANTED**.  The case is continued until the Court's next trial term presently scheduled for **September 11, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq*.

    **SO ORDERED**, this 3rd day of August, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT